DOROTHY ABRAMS, Respondent, v. IRVING R. ABRAMS, Defendant, and REUBEN DORFMAN, Attorney for Plaintiff, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SAMUEL ABRAMSKY and FRANK ZIPERSON, Copartners, Doing Business under the Firm Name and Style of A. R. Z. PAINTING COMPANY, Appellants, v. WERBELOVSKY AND LAVINE REALTY CORPORATION, Respondent, and A. NEWBURGER ELECTRIC COMPANY, Appellant.— Motion for reargument of appeal or for leave to reargue motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

MICHELE BARBARO, Respondent, v. SAMUEL MAZZUCA, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

JACOB BELOFF Co., INC., Respondent, v. KASAL REALTY CORPORATION and CAPITAL CITY SURETY COMPANY, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, respondent be paid twenty dollars costs, which, with the thirty dollars costs already imposed, should, in our opinion, be paid by appellants' attorneys. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

CLIFFORD A. BURGETT, Respondent, v. LAURETTA A. O'CONNELL, Appellant.— Motion to vacate order dismissing appeal granted and motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion to vacate order dismissing appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

LILLIAN CAPIE, Appellant, v. JAMES G. CAPIE and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

FRANK P. CLAIR, Respondent, Appellant, v. HENRY WREGE, Appellant, Respondent.— Motion to stay all proceedings on the part of plaintiff and his attorney granted, but denied as to the receiver. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

DANN REALTY CORPORATION, Appellant, v. ROSE SORITZKY, Respondent, and SERVICE BOND AND MORTGAGE CORPORATION and JOHN L. DANZILO, Appellants.— Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.